UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

```
_____ FILED _____ LODGED
              _____ RECEIVED
       JUL 21 2005
    CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                           DEPUTY
```

UNITED STATES OF AMERICA

vs.

DENNIS W. ZEIGHLER

Case No. 3:05-cr-99-J-32MMH

### ORDER

This cause is before the Court on the United States' Motion to Re-Transfer Case Back to Western District of Washington at Tacoma (Doc. No. 13; Motion) filed July 6, 2005. In the Motion, the United States seeks the Court to transfer the case back to the Western District of Washington for further proceedings in that District. The United States represents that Defendant does not object to this request. Accordingly, it is hereby,

**ORDERED:**

1. The United States Motion to Re-Transfer Case Back to Western District of Washington (Doc. No. 13) filed July 6, 2005 is **GRANTED**.

2. The Clerk of the Court shall forthwith return the documents to the Western District of Washington and the proceedings shall be restored to the docket of that court. The Clerk is directed to close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 11th day of July, 2005.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States Magistrate Judge

03-CR-05787-ORD

- 2 -

Copies to:
Asst. U.S. Attorney (Mitchell)
Lisa Call, Esquire
U.S. Marshal
U.S. Pretrial
U.S. Probation