Magistrate Judge

03-CR-05787-ORD

FILED _____ LODGED
_____ RECEIVED
OCT -4 2006
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DENNIS W. ZEIGHLER,<br><br>Defendant. | NO. CR03-5787<br><br>ORDER FOR DISMISSAL |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Western District of Washington hereby dismisses the Information in CR03-5787 against the defendant, DENNIS W. ZEIGHLER.

DATED this ___ day of October, 2006.

Respectfully submitted,

JOHN McKAY
United States Attorney

BARBARA J. SIEVERS
Assistant United States Attorney

Leave of court is GRANTED for the filing of the foregoing dismissal.
DATED this 4 day of Oct, 2006.

UNITED STATES MAGISTRATE JUDGE

ORDER FOR DISMISSAL / DENNIS W. ZEIGHLER -1
CR03-5787

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970